**Electronically Filed
Supreme Court
SCWC-20-0000717
24-JAN-2022
10:40 AM
Dkt. 19 OGAC**

SCWC-20-0000717

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF AB AND BB

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000717; FC-S NO. 14-00235)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Appellant Mother's application for writ of certiorari filed on December 1, 2021, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

